# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Theodore Brown | ) | CASE NO. CR494-00086-001 |

## ORDER

On February 13, 1995, the Honorable John F. Nangle sentenced Defendant to the custody of the Bureau of Prisons for a term of 312 months. On August 7, 2009, Defendant filed a Motion for Clarification in which Defendant asks the Court to clarify that the sentence imposed by Judge Nangle was ordered to be served concurrently with two state sentences. Judge Nangle is now deceased and the Motion has been transferred to the undersigned for disposition.

The Court has carefully considered Defendant's Motion. The Court notes that one of Defendant's state sentences involved convictions in Chatham County Superior Court for aggravated assault and criminal attempt to kidnap. The other sentence resulted from Defendant's state parole being revoked on February 18, 1994. Defendant had been on parole for a murder conviction in 1974. The Court will not order that Defendant's Federal sentence run concurrently with a revoked parole term. As such, Defendant's Motion is **DENIED.**

SO ORDERED, this _____ day of September, 2009.

B. Avant Edenfield
United States District Judge
For the Southern District of Georgia